BROWN v. RENAISSANCE MEDIA, INC.

No. 449A98

Case below: 131 N.C.App. 152

Motion by defendant to dismiss appeal allowed 4 February 1999. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

This Court Ex mero moto grants a writ of certiorari for one issue based on the dissenting opinion in the Court of Appeals: Whether the

Court of Appeals erred by affirming the trial court's dismissal of plaintiffs' claim in view of the trial court's failure to address whether George W. Brown, Jr. acted within the scope of his authority when he executed the two notes.

By order of the Court in Conference, this 4th day of February, 1999.